IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., C.P. PHARMACEUTICALS INTERNATIONAL C.V., PF PRISM C.V., PBG PUERTO RICO LLC, and PF PRISM IMB B.V., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 18-1940 (LPS) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., C.P. Pharmaceuticals International C.V., PF PRISM C.V., PBG Puerto Rico LLC, and PF PRISM IMB B.V. (collectively, "**Plaintiffs**") as plaintiffs in Civil Action No. 18-1940-LPS, and Teva Pharmaceuticals USA, Inc. ("**Defendant**"), as defendant, by their attorneys, that

(1)     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Defendant are dismissed without prejudice.

(2)     Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

(3)     The parties waive any right of appeal from this Order.

(4)     Each party shall bear its own costs and fees in the above-captioned action.

(5)     The U.S. District Court of Delaware retains jurisdiction to enforce and resolve any disputes arising under the settlement agreement between Plaintiffs and Defendant.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
| */s/ Megan E. Dellinger* | */s/ Stephen B. Brauerman* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Stephen B. Brauerman (#4952)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 429-4232<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

September 7, 2021


SO ORDERED this: _____ day of _____, 2021


_____
United States District Judge